IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE SEARCH OF: )
)
The Premises Known As            )    Magistrate No. 05-08 ME
Moe's One Stop                   )
407 East 24th Street             )
Erie, Pennsylvania  16503        )

## O R D E R

AND NOW, to wit, this 31st day of January, 2007, it appearing to the Court that the search of the above-captioned premises has been executed, and upon the representation of the United States Attorney's Office that there is no further necessity that the Search Warrant, Affidavit and Return remain sealed,

IT IS HEREBY ORDERED that the Search Warrant, Affidavit and Return filed at the above number and sealed on February 10, 2005, are hereby UNSEALED.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  U.S. Attorney